359 A.2d 181
Commonwealth v. Swope, Appellant.

Argued June 15, 1976.

Fred Speaker, with him Harold N. Fitzkee, Jr., for appellant; Donald L. Reihart, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

360 A.2d 674
Commonwealth v. Walton, Appellant.

Argued June 16, 1976.

Stanley Bashman, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, with her F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.